**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gilbert Leggett Farms, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Gilbert Leggett Farms** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **56-1419858** |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **830 US 13-17 South** <br> **Windsor, NC 27983** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Bertie** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5.   **Debtor's website (URL)**   _____

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Gilbert Leggett Farms, Inc.**                                          Case number (*if known*) _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
       http://www.uscourts.gov/four-digit-national-association-naics-codes.
       _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Gilbert Leggett Farms, Inc.**                         Case number *(if known)* _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  __Gilbert Leggett Farms, Inc._____     Case number (*if known*) _____
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   __Gilbert Leggett Farms, Inc.__   Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 14, 2025__
          MM / DD / YYYY

**X** /s/ Phyllis Leggett _____   **Phyllis Leggett** _____
   Signature of authorized representative of debtor      Printed name

Title   **President** _____

**18. Signature of attorney**

**X** /s/ David J. Haidt _____   Date __July 14, 2025__
   Signature of attorney for debtor            MM / DD / YYYY

**David J. Haidt 22092** _____
Printed name

**Ayers & Haidt, PA** _____
Firm name

**PO Box 1544**
**307 Metcalf Street**
**New Bern, NC 28563** _____
Number, Street, City, State & ZIP Code

Contact phone   __252-638-2955__   Email address   __david@ayershaidt.com__

**22092 NC** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Gilbert Leggett Farms, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 14, 2025**     *X* **/s/ Phyllis Leggett**
                                        Signature of individual signing on behalf of debtor

                                        **Phyllis Leggett**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Gilbert Leggett Farms, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AgCarolina Farm Credit, ACA ATTN:  Managing Agent/Officer PO Box 1066 Williamston, NC 27892 | | All crops and equipment | | $362,395.18 | $0.00 | $362,395.18 |
| AgCarolina Farm Credit, ACA ATTN:  Managing Officer/Agent 636 Rock Spring Road Greenville, NC 27834 | | Note 2 | | $77,398.06 | $0.00 | $77,398.06 |
| Agrifund, LLC/ARM ATTN:  Managing Agent/Officer 420 Throckmorton St., #1100 Fort Worth, TX 76102 | | Any and all accessions, additions, replacements, payments for federal farm programs, FSA payments, federal crop insurance program, all proceeds, crop | | $485,000.00 | $0.00 | $485,000.00 |
| American Express Blue Business Cash ATTN:  Managing Agent/Officer PO Box 6031 Carol Stream, IL 60197-6031 | | Credit card | | | | $3,251.22 |
| Americot, Inc. ATTN:  Managing Agent/Officer 5013 122nd Street Lubbock, TX 79424 | | Money owed | | | | $93,173.80 |

Debtor  **Gilbert Leggett Farms, Inc.**                                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bertie County Tax Collector ATTN: Managing Agent/Officer PO Box 527 Windsor, NC 27983 | | Taxes on personal property | | | | $6,070.54 |
| Bertie County Tax Collector ATTN: Managing Agent/Officer PO Box 527 Windsor, NC 27983 | | Property taxes on packhouse | | | | $44.57 |
| Chase Card Services ATTN: Managing Agent/Officer PO Box 15123 Wilmington, DE 19850-5123 | | Credit card | | | | $23,233.52 |
| FBN Direct ATTN: Managing Agent/Officer 1887 Whitney Mesa Drive #9740 Henderson, NV 89014 | | Operating loan | | | | $187,000.00 |
| Ford Motor Credit ATTN: Bankruptcy Department PO Box 35911 Cleveland, OH 44135-0911 | | 2024 Ford F250 | | $98,008.28 | $85,000.00 | $13,008.28 |
| Internal Revenue Service ATTN: Managing Agent/Officer PO Box 742562 Cincinnati, OH 45280-2562 | | Past due payroll taxes | | | | $32,545.95 |
| Jernigan Oil Co., Inc. ATTN: Managing Agent/Officer PO Box 688 Ahoskie, NC 27910 | | | | | | $17,800.00 |
| Monsanto Company ATTN: Managing Agent/Officer PO Box 204070 Dallas, TX 75320-4070 | | Purchase of goods | | | | $41,181.84 |

Debtor   **Gilbert Leggett Farms, Inc.**                                    Case number *(if known)*  _____
                 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Parkway Ag Center, Inc. ATTN:  Managing Agent/Officer PO Box 1300 Tarboro, NC 27886 | | Purchase of goods | | | | $266,407.93 |
| PHI Financial Services ATTN:  Managing Agent/Officer PO Box 733260 Dallas, TX 75373-3260 | | | | | | $24,783.49 |
| Rabo AgriFinance ATTN:  Managing Agent/Officer PO Box 410650 Saint Louis, MO 63141-0650 | | | | | | $44,801.24 |
| Sandy Land Peanut Company, Inc. ATTN:  Managing Agent/Officer 229 Swains Mill Road Harrellsville, NC 27942 | | UCC - 2025 peanut crop | | | | $0.00 |
| Triangle Chemical Co. ATTN:  Managing Agent/Officer PO Box 745783 Atlanta, GA 30374-5783 | | Purchase of goods | | | | $206,689.55 |
| Wells Fargo Financial Leasing, Inc. ATTN:  Managing Agent/Officer 800 Walnut Street, MAC F0005-044 Des Moines, IA 50309 | | 2020 Unverth Perfecta Cultivator, Remlinger 400 ditcher and Chandler 9' fertilizer spreader | | | | $9,052.58 |
| Zions Ag Finance ATTN:  Managing Agent/Officer 500 5th Street Ames, IA 50010-6063 | | Deed of trust on property held by officers NOTICE ONLY | | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **Gilbert Leggett Farms, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     **4,078.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **2,325,561.06**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **2,329,639.06**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **1,384,291.96**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **38,661.06**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. +$     **917,375.17**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b          $     **2,340,328.19**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gilbert Leggett Farms, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Southern Bank | Checking | 7142 | $15,161.06 |

**4. Other cash equivalents** (*Identify all*)

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$15,161.06

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Gilbert Leggett Farms, Inc.**                                    Case number *(If known)* _____
_____
Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**  **Crops-either planted or harvested** | | | |
| **29.**  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.**  **Farm machinery and equipment** *(Other than titled motor vehicles)*  **See attached list** | $0.00 | | $1,894,000.00 |
| **31.**  **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.**  **Other farming and fishing-related property not already listed in Part 6**  **Chemicals** | $0.00 | | $125,000.00 |
| **FSA** | $0.00 | | $31,000.00 |
| **Coop receivable** | $0.00 | | $14,000.00 |

**33.  Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.                    | $2,064,000.00 |

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
■ Yes.  Is any of the debtor's property stored at the cooperative?
   ■ No
   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
■ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

| Ins. # | Equipment | S/N | Lien | Insured | Title | Value |
|---|---|---|---|---|---|---|
| 1 | 2002 John Deere 9986 combine | | | | | 35000 |
| 2 | 2007 Amadas 9997 peanut combine | 440187 | | X | | 35000 |
| 3 | 1996 John Deere Cotton Pickers | N09965X006626 | | | | 15000 |
| 7 | 2007 John Deere 9660 STS corn combine | 720646 | John Deere | X | | 60000 |
| 10 | 1997 John Deere 770 tractor | RRWT6050032545 | | | | 25000 |
| 11 | 2008 John Deere 7930 tractor | RW7930D003583 | | X | | 80000 |
| 12 | 2005 1720 8 row planter w/stack fold | H01720R675355 | | X | | 15000 |
| 13 | 2005 John Deere 8220 tractor | RW8220P037931 | | X | | 95000 |
| 14 | 2007 Unverferth Header cart MDL 25 | 63360263 | | | | 6000 |
| 16 | 1985 John Deere 4955 tractor | RW4955PQD6775 | | X | | 45000 |
| 17 | 2005 John Deere1720  8 row planter w/stack fold, row markers | A01720R695144 | | X | | 15000 |
| 18 | Tremble GPS (on Case 190) | 5247519836 | | X | | 10000 |
| 19 | Misc. tools | | | X | | 75000 |
| 20 | 1993 John Deere 4560 tractor, cab, dual wheels, front weights | RW4560H004530 | | X | | 40000 |
| 21 | 2010 John Deere 4630 self-propelled sprayer | N04630X008166 | John Deere | X | | 60000 |
| 22 | Unverth 28' Perfecta Cultivator | A66140106 | | X | | 20000 |
| 23 | 2020 Chandler 9' fertilizer sower | 30655 | | | | 20000 |
| 24 | 2020 Reminger 400 trencher | 21150 | | | | 4500 |
| 25 | John Deere 9965 Cotton Picker | N09965X00648 | | | | 10000 |
| 26 | Kubota SVL65-2HWC compact track loader | KBCZ021CAM1J17734 | Kubota | X | | 45000 |
| 27 | Kubota AP-PFL4648 48" Pallet Fork set | 1109382K | Kubota | X | | 1500 |
| 28 | 2015 Landoll VT Plus 7431-26' vertical till | 74M1506330 | | X | | 25000 |
| 29 | 1999 John Deere 9976 cotton picker | N09976X001073 | | X | | 20000 |
| 30 | John Deere 9996 basket style 6 row cotton picker | N09996X020219 | John Deere | X | | 90000 |
| 31 | Case IH 2050 auto guidance system | 6009550698 | | X | | 10000 |
| 32 | Case IH XCN-2050 auto guidance system | 6021550097 | | X | | 12000 |
| 33 | John Deere R4038 sprayer | 1M04038RAE000137 | AgDirect | X | | 190000 |
| 34 | 2023 Bush Hog 4115 15' Rotary Cut | 1HKVR1232790042 | DLL | X | | 35000 |
| 35 | 2013 John Deere 7200R tractor | 1RW7200RTDD013520 | John Deere | X | | 125000 |
| 36 | Contents of office | | | X | | 10000 |
| 1 | Frame shop/equipment shelter | | | X | | 100000 |

| # | Description | Serial/Model | UCC | Value |
|---|---|---|---|---|
| 2 | Equipment shelter | | x | 60000 |
| 3 | Pump house w/pump & well | | X | 10000 |
| 5 | Pole barn | | X | 115000 |
| | | | | |
| | From UCC's | | | |
| | | | | |
| | Unverth Field Cultivator, 20' 3 pt hitch, hydraulic fold wings | A42330108 | | 7500 |
| | 2016 bush hog mower, model 3414 14' 3 pitch PTO driven | 10558 | | 5000 |
| | KMC Peanut plow with 4-row vine cutters, pto DRIVEN | 46070 | | 4000 |
| | 2020 Trimble Model 100 with monitor screen | | | 10000 |
| | General Metals 6,000 ga aluminum tank | 10052-680 | | 6000 |
| | | | | |
| 134 | Lane metal storage | | | 5000 |
| 145 | peanut trailers | | | 30000 |
| 146 | Plow | | | 1500 |
| 147 | loader | | | 1500 |
| 148 | John Deere 1010 tractor | | | 5000 |
| 152 | John Deere 4450 tractor | | | 10000 |
| 155 | John Deere 4200 flip plow | | | 2500 |
| 156 | Incorporator plow | | | 3000 |
| 173 | 24' disk | | | 15000 |
| 174 | Dirt pan | | | 3000 |
| 182 | Cotton handler | | | 2000 |
| 183 | Peanut lifter | | | 3000 |
| 188 | Cotton bailer | | | 3000 |
| 198 | Generator | | | 1500 |
| 226 | Bulldozer | | | 10000 |
| 235 | Graceland - 8 x 10 bldg | | | 1500 |
| 226 | cotton boil buggy | | | 3500 |
| 248 | Bedder | | | 15000 |
| 250 | John Deere 4810 dump cart | | | 25000 |
| 252 | New Holland 2450 5-row windrower | | | 7500 |
| 258 | Cotton buggy | | | 1500 |
| 264 | Well | | | 1500 |

| Item | Description | VIN | Creditor | | | | Value |
|---|---|---|---|---|---|---|---|
| 268 | John Deere 930 mower | | | | | | 3000 |
| 269 | 8 row corn head | | | | | | 10000 |
| 270 | Grain drill | | | | | | 7500 |
| 271 | Sadle tank | | | | | | 3000 |
| 272 | Grain drill | | | | | | 7500 |
| 273 | 635 F Grain Platform (combine head) | | | | | | 12000 |
| 276 | 6500 tank | | | | | | 6500 |
| 278 | Module builder | | | | | | 2000 |
| 279 | 4 wheel steer cart | | | | | | 7500 |
| 280 | 844 corn head | | | | | | 1500 |
| 285 | John Deere 1780 Planter | | | | | | 25000 |
| 286 | Bucket - skid steer | | | | | | 1500 |
| 288 | John Deere 4960 tractor | | | | | | 50000 |
| 289 | John Deere MX7 bushhog | | | | | | 4000 |
| | 16' Chanler chicken litter spreader | | | | | | 7500 |
| | 18' BBI chicken litter spreader | | | | | | 28000 |
| | 5' mower for skid steer | | | | | | 4000 |
| | 7' Grapper for skid steer | | | | | | 4000 |
| | Post hole digger for skid steer | | | | | | 1500 |
| | Litter bucket for skid steer | | | | | | 2500 |
| | High dump bucket for skid steer | | | | | | 5000 |
| | KMC strip rig | | | | | | 2500 |
| | Total | | | | | | 1,894,000 |
| 1 | 1997 Chevrolet 7H4 | 1GBM7HJ3VJ113756 | | X | | | 7500 |
| 2 | 1990 International 490 | 1HTSDZZN6LH699305 | | X | X | | 10000 |
| 3 | 1998 Ford L9T | 1FDZS96P1WVA39486 | | X | | | 40000 |
| 4 | 2005 Ford F450 | 1FDXW47P35EC08578 | | X | X | | 25000 |
| 7 | 1994 Chevrolet Pickup 2500 | 1GCGK24K6RE274061 | | X | X | | 3500 |
| 8 | 2022 Ford F250 | 1FDBF2B62NED80596 | Bank of Southsi | x | X | | 45000 |
| 14 | 2024 Ford F250 | 1FT8W2BM7REE06922 | Ford MC | X | | PO | 85000 |
| | 2019 Rmpt trailer | 5SPTT2220KW7K0938 | | X | | | 8500 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 96 GMC 4x4 - inoperable and sitting in the woods | | | | | | 500 |
| 1999 GMC Sierra truck - inoperable and sitting in the woods | | | | | | 500 |
| 2013 Chevrolet Silverado | 3GCPKSE7XDG154078 | | X | | | 18000 |
| | | | | | | |
| | Total | | | | | 243500 |

Debtor    **Gilbert Leggett Farms, Inc.**
_____
Name

Case number *(if known)* _____

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Desk, Safe, Table and chairs | $0.00 | | $2,300.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer, printer and TV | $0.00 | | $600.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $2,900.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  See attached list | $0.00 | | $243,500.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $243,500.00 |

Debtor   **Gilbert Leggett Farms, Inc.**                                    Case number *(If known)* _____
       Name

52.   Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ■ Yes

53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 9:   Real property

54. Does the debtor own or lease any real property?

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leases for farm land - see Schedule G** | | $0.00 | | $0.00 |
| 55.2.  **Small peanut dryer shed on property owned by a third party** | | $0.00 | Tax records | $4,078.00 |

56.   **Total of Part 9.**                                                                 | $4,078.00 |
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.   Is a depreciation schedule available for any of the property listed in Part 9?
    ■ No
    ☐ Yes

58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 10:   Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    __Gilbert Leggett Farms, Inc._____    Case number *(if known)* _____
      Name

Debtor   **Gilbert Leggett Farms, Inc.**_____   Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,161.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $2,064,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $243,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $4,078.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,325,561.06 + 91b. | $4,078.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,329,639.06 |

**Fill in this information to identify the case:**

Debtor name __Gilbert Leggett Farms, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| **2.1** | **AgCarolina Farm Credit, ACA** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **ATTN: Managing Agent/Officer PO Box 1066 Williamston, NC 27892** | Describe debtor's property that is subject to a lien **All crops and equipment** | $362,395.18 | $0.00 |
| | Creditor's mailing address | | |

Describe the lien
**UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred
**4/14/2022**

Last 4 digits of account number
**1001**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **AgCarolina Farm Credit, ACA** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **ATTN: Managing Officer/Agent 636 Rock Spring Road Greenville, NC 27834** | Describe debtor's property that is subject to a lien **Note 2** | $77,398.06 | $0.00 |
| | Creditor's mailing address | | |

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number _____

Debtor    Gilbert Leggett Farms, Inc.                                    Case number (if known) _____
_____
Name

**2000**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Agrifund, LLC/ARM** | Describe debtor's property that is subject to a lien | $485,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN: Managing Agent/Officer**
**420 Throckmorton St., #1100**
**Fort Worth, TX 76102**
Creditor's mailing address

**Any and all accessions, additions, replacements, payments for federal farm programs, FSA payments, federal crop insurance program, all proceeds, crops, farm products**

Describe the lien
**2025 crop financing**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**6/28/2023, 10/26/2023**
Last 4 digits of account number
**0973**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **DLL Finance, LLC** | Describe debtor's property that is subject to a lien | $35,000.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN: Managing Agent/Officer**
**PO Box 2000**
**Johnston, IA 50131-0020**
Creditor's mailing address

**Bush Hog 4115 Rotary cutter**

Describe the lien
**UCC**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**12/12/2024**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Farm Credit Services of America, PC** | Describe debtor's property that is subject to a lien | $185,912.16 | $190,000.00 |
|---|---|---|---|---|

Debtor    **Gilbert Leggett Farms, Inc.**                                   Case number (if known) _____
_____
Name

Creditor's Name                                                **John Deere 4038R Sprayer**
**ATTN:  Managing
Agent/Officer
PO Box 2409
Omaha, NE 68103**
Creditor's mailing address

                                                               **Describe the lien**
                                                               **UCC**
                                                               **Is the creditor an insider or related party?**

                                                               ■ No
Creditor's email address, if known                             ☐ Yes
                                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                                     ☐ No
**6/7/2024**                                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                              **As of the petition filing date, the claim is:**
**interest in the same property?**                             Check all that apply
■ No                                                           ☐ Contingent
☐ Yes. Specify each creditor,                                  ☐ Unliquidated
including this creditor and its relative                        ☐ Disputed
priority.

---

| 2.6 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $98,008.28 | $85,000.00 |

Creditor's Name                                                **2024 Ford F250**
**ATTN:  Bankruptcy
Department
PO Box 35911
Cleveland, OH 44135-0911**
Creditor's mailing address

                                                               **Describe the lien**
                                                               **truck loan**
                                                               **Is the creditor an insider or related party?**

                                                               ■ No
Creditor's email address, if known                             ☐ Yes
                                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                                     ■ No
**11/15/2024**                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**3798**
**Do multiple creditors have an**                              **As of the petition filing date, the claim is:**
**interest in the same property?**                             Check all that apply
■ No                                                           ☐ Contingent
☐ Yes. Specify each creditor,                                  ☐ Unliquidated
including this creditor and its relative                        ☐ Disputed
priority.

---

| 2.7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $34,380.30 | $125,000.00 |

Creditor's Name                                                **John Deere 7200 tractor**
**ATTN:  Managing
Agent/Officer
PO Box 6600
Johnston, IA 50131-6600**
Creditor's mailing address

                                                               **Describe the lien**
                                                               **UCC**
                                                               **Is the creditor an insider or related party?**

                                                               ■ No
Creditor's email address, if known                             ☐ Yes
                                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                                     ☐ No
**1/8/2022**                                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 3 of 6

Debtor    **Gilbert Leggett Farms, Inc.**                                        Case number (if known) _____
          Name

Last 4 digits of account number
**1207**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $51,333.08 | $90,000.00 |

Creditor's Name

**ATTN: Managing
Agent/Officer
PO Box 6600
Johnston, IA 50131-6600**

**John Deere 9996 cotton picker**

Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**11/30/22**

Last 4 digits of account number
**3121**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $11,116.91 | $60,000.00 |

Creditor's Name

**ATTN: Managing
Agent/Officer
PO Box 6600
Johnston, IA 50131-6600**

**John Deere 4630 sprayer**

Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**6/25/2021**

Last 4 digits of account number
**9681**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $11,247.99 | $60,000.00 |

---

Debtor    **Gilbert Leggett Farms, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **John Deere 9660 corn combine** |
| **ATTN:  Managing Agent/Officer** | |
| **PO Box 6600** | |
| **Johnston, IA 50131-6600** | |
| Creditor's mailing address | Describe the lien |
| | **UCC** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| Date debt was incurred | Is anyone else liable on this claim? |
| **10/13/2020** | ☐ No |
| Last 4 digits of account number | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **7147** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**2.11**

| | | | |
|---|---|---|---|
| **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $7,500.00 | $46,500.00 |
| Creditor's Name | **Kubota compact track loader  and Kubota Pallet fork set** | | |
| **ATTN:  Managing Agent/Officer** | | | |
| **PO Box 2046** | | | |
| **Grapevine, TX 76099** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **UCC's on each piece of equipment** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| Date debt was incurred | Is anyone else liable on this claim? | | |
| | ■ No | | |
| Last 4 digits of account number | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **8899** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

**2.12**

| | | | |
|---|---|---|---|
| **The Bank of Southside Virginia** | Describe debtor's property that is subject to a lien | $25,000.00 | $45,000.00 |
| Creditor's Name | **2022 Ford F250 vin ending in 0596** | | |
| **ATTN:  Managing Agent/Officer** | | | |
| **PO Box 40** | | | |
| **Carson, VA 23830** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Vehicle loan** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |

Debtor   **Gilbert Leggett Farms, Inc.**                                    Case number (if known) _____

_____
Name

**Date debt was incurred**                    ☐ No

                                              ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
6505
_____

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

☒ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative
priority.                                    ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,384,291.96 |
|---|---|---|

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bennett Tractor Parts, Inc.**<br>**ATTN:  Managing Agent/Officer**<br>**PO Box 47**<br>**Aubrey, AR 72311** | Line  2.5 | |
| **Strategic Ag Ventures Trust**<br>**ATTN:  Managing  Agent/Officer**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** | Line  2.3 | |
| **Wilmington Trust, NA**<br>**ATTN:  Managing  Agent/Officer**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** | Line  2.3 | |

---

**Fill in this information to identify the case:**

Debtor name __Gilbert Leggett Farms, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Attorney General**
**ATTN:  Managing Agent/Officer**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0009**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**        Priority amount **$0.00**

---

**2.2** Priority creditor's name and mailing address

**Bertie County Tax Collector**
**ATTN:  Managing Agent/Officer**
**PO Box 527**
**Windsor, NC 27983**

Date or dates debt was incurred

Last 4 digits of account number **8427**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes on personal property**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$6,070.54**        Priority amount **$6,070.54**

Debtor  **Gilbert Leggett Farms, Inc.**

Name

Case number (if known)

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.57 | $44.57 |

**Bertie County Tax Collector**
ATTN: Managing Agent/Officer
PO Box 527
Windsor, NC 27983

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property taxes on packhouse**

Last 4 digits of account number **8427**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Employment Security Commission**
ATTN: Managing Agent/Officer
PO Box 26504
Raleigh, NC 27611

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
ATTN: Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
ATTN: Bankruptcy Department
PO Box 21126
Philadelphia, PA 19114

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **Gilbert Leggett Farms, Inc.**                                      Case number (if known) _____
_____
Name

| | |
|---|---|

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,545.95** | **$32,545.95**

**2.7**

Priority creditor's name and mailing address
**Internal Revenue Service**
**ATTN:  Managing Agent/Officer**
**PO Box 742562**
**Cincinnati, OH 45280-2562**

Date or dates debt was incurred
**2024**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Past due payroll taxes**

Is the claim subject to offset?
■ No
☐ Yes

**$32,545.95**    **$32,545.95**

---

**2.8**

Priority creditor's name and mailing address
**NC Department of Commerce, DES**
**ATTN:  Managing Agent/Officer**
**PO Box 26504**
**Raleigh, NC 27611**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.9**

Priority creditor's name and mailing address
**NC Department of Labor/OSHA**
**ATTN:  Managing Agent/Officer**
**1101 Main Service Center**
**Raleigh, NC 27699**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

**2.10**

Priority creditor's name and mailing address
**North Carolina Dept. of Revenue**
**Office Services Div/Bankruptcy**
**Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**    **$0.00**

---

Debtor   **Gilbert Leggett Farms, Inc.**
_____
Name

Case number (if known) _____

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Secretary of Treasury**
**ATTN:  Managing Agent/Officer**
**1500 Pennsylvania Ave., NW**
**Washington, DC 20220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney**
**150 Fayetteville Street**
**Suite 2100**
**Raleigh, NC 27601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AgCarolina Farm Credit, ACA**
**ATTN:  Managing Agent/Officer**
**PO Box 14789**
**Raleigh, NC 27620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2022

Last 4 digits of account number _

Basis for the claim: 2015 Landoll vertical till
NOTICE ONLY
Debtor says account is PIF but UCC has not been terminated

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,251.22 |
|---|---|---|---|

**American Express Blue Business Cash**
**ATTN:  Managing Agent/Officer**
**PO Box 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1009

Basis for the claim:  Credit card

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,173.80 |
|---|---|---|---|

**Americot, Inc.**
**ATTN:  Managing Agent/Officer**
**5013 122nd Street**
**Lubbock, TX 79424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  March 28, 2024

Last 4 digits of account number  LEGGIL

Basis for the claim:  Money owed

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | Gilbert Leggett Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,233.52 |
|---|---|---|---|

**Chase Card Services**
ATTN: Managing Agent/Officer
PO Box 15123
Wilmington, DE 19850-5123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ____

Basis for the claim:  Credit card

Last 4 digits of account number  7863

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Retail Accounts**
ATTN: Managing Agent/Officer
PO Box 71264
Philadelphia, PA 19176-6264

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UCC on Case IH 2050 auto guidance system - NOTICE ONLY - Debtor says account has been PIF but UCC has not been terminated

Date(s) debt was incurred ____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Retail Accounts**
ATTN: Managing Agent/Officer
PO Box 71264
Philadelphia, PA 19176-6264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/22

Basis for the claim:  UCC on 2022 Case IH XCN-2050 auto guidance system - NOTICE ONLY

Debtor says account has been PIF but UCC has not been canceled

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Farmers Bank and Trust Company**
ATTN: Managing Agent/Officer
400 W. Main Street
Blytheville, AR 72315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/13/22

Basis for the claim:  UCC on 2023 Armor Lite Trailer NOTICE ONLY

Debtor says account is paid in full but UCC has not been terminated

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,000.00 |
|---|---|---|---|

**FBN Direct**
ATTN: Managing Agent/Officer
1887 Whitney Mesa Drive #9740
Henderson, NV 89014

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Operating loan

Date(s) debt was incurred  9-1-2024

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,800.00 |
|---|---|---|---|

**Jernigan Oil Co., Inc.**
ATTN: Managing Agent/Officer
PO Box 688
Ahoskie, NC 27910

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ____

Date(s) debt was incurred ____

Last 4 digits of account number  1800

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Gilbert Leggett Farms, Inc.**
Name

Case number (if known) _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,181.84 |

**Monsanto Company**
ATTN: Managing Agent/Officer
PO Box 204070
Dallas, TX 75320-4070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 12, 2020**

Basis for the claim: **Purchase of goods**

Last 4 digits of account number **2268**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266,407.93 |

**Parkway Ag Center, Inc.**
ATTN: Managing Agent/Officer
PO Box 1300
Tarboro, NC 27886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Purchase of goods**

Last 4 digits of account number **SHANELEGGE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,783.49 |

**PHI Financial Services**
ATTN: Managing Agent/Officer
PO Box 733260
Dallas, TX 75373-3260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2915**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,801.24 |

**Rabo AgriFinance**
ATTN: Managing Agent/Officer
PO Box 410650
Saint Louis, MO 63141-0650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sandy Land Peanut Company, Inc.**
ATTN: Managing Agent/Officer
229 Swains Mill Road
Harrellsville, NC 27942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4-4-25**

Basis for the claim: **UCC - 2025 peanut crop**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Severn Peanut Co., Inc.**
ATTN: Managing Agent/Officer
PO Box 710
Severn, NC 27877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/12/2024**

Basis for the claim: **UCC on 2024 peanut crop - NOTICE ONLY**
**Debtor says account is PIF but UCC has not been terminated**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Gilbert Leggett Farms, Inc.**
_____    Case number (if known) _____
    Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.16**

Nonpriority creditor's name and mailing address
**Southern Bank & Trust Company**
ATTN:  Managing Agent/Officer
PO Box 1018
Mount Olive, NC 28365

Date(s) debt was incurred  **2/8/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC on 2005 John Deere 8220 tractor, 2016 3414 Bush hog, Unverferth field cultivator NOTICE ONLY Debtor says account is PIF but UCC has not been terminated**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17**

Nonpriority creditor's name and mailing address
**Southern Bank & Trust Company**
ATTN:  Managing Agent/Officer
PO Box 1018
Mount Olive, NC 28365

Date(s) debt was incurred  **4/27/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC on 1993 John Deere 4560 tractor, John Deere 1560 Grain drill, KMC peanut plow, 2020 Trimble, JD 1720 planter, 2020 Unverth Header Cart and 6,000 ga aluminum tank - NOTICE ONLY - Debtor says account is PIF but UCC has not been terminated**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18**

Nonpriority creditor's name and mailing address
**Triangle Chemical Co.**
ATTN:  Managing Agent/Officer
PO Box 745783
Atlanta, GA 30374-5783

Date(s) debt was incurred  **1/30/24**

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: Check all that apply.    **$206,689.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**

Nonpriority creditor's name and mailing address
**Wells Fargo Financial Leasing, Inc.**
ATTN:  Managing Agent/Officer
800 Walnut Street, MAC F0005-044
Des Moines, IA 50309

Date(s) debt was incurred  **4/23/2020**

Last 4 digits of account number  **7000**

As of the petition filing date, the claim is: Check all that apply.    **$9,052.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2020 Unverth Perfecta Cultivator, Remlinger 400 ditcher and Chandler 9' fertilizer spreader**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**

Nonpriority creditor's name and mailing address
**Zions Ag Finance**
ATTN:  Managing Agent/Officer
500 5th Street
Ames, IA 50010-6063

Date(s) debt was incurred  **9/6/2023**

Last 4 digits of account number  **5331**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deed of trust on property held by officers NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | Anderson Jones, PLLC<br>ATTN:  Lindsey E. Powell, Esq.<br>PO Box 20248<br>Raleigh, NC 27619 | Line  **3.3**<br><br>☐ Not listed. Explain _____ | _ |

| Debtor | Gilbert Leggett Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Bayer Crop Science, LP**<br>ATTN: Managing Agent/Officer<br>PO Box 204070<br>Dallas, TX 75320-4070 | Line **3.10**<br>☐ Not listed. Explain _____ | **7831** |
| 4.3 **Kinchelow Law Offices, PLLC**<br>ATTN: Managing Agent/Officer<br>PO Box 97186<br>Raleigh, NC 27624 | Line **3.11**<br>☐ Not listed. Explain _____ | _ |
| 4.4 **Kramer & Frank, PC**<br>ATTN: Donald A. Horowitz, Esq.<br>11960 Westline Ind. Dr., Ste. 180<br>Saint Louis, MO 63146 | Line **3.10**<br>☐ Not listed. Explain _____ | _ |
| 4.5 **Ward & Smith, PA**<br>ATTN: J. Michael Fields, Esq.<br>PO Box 8088<br>Greenville, NC 27835-8088 | Line **3.18**<br>☐ Not listed. Explain _____ | _ |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 38,661.06 |
| 5b. Total claims from Part 2 | 5b. + | $ 917,375.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 956,036.23 |

**Fill in this information to identify the case:**

Debtor name **Gilbert Leggett Farms, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 74 acres and 76 acres of farmland** |
| State the term remaining | |
| List the contract number of any government contract | **Bell Family Trust** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 8 acres of farmland - paid** |
| State the term remaining | |
| List the contract number of any government contract | **Bernard Faulk** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 40 acres of farmland - paid** |
| State the term remaining | |
| List the contract number of any government contract | **Bettie Mizzen** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 44 acres of farmland** |
| State the term remaining | |
| List the contract number of any government contract | **Blaze Trust** |

Debtor 1  **Gilbert Leggett Farms, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office building** | |
|------|------|------|------|
| | State the term remaining | | |
| | List the contract number of any government contract | | Carolina Leasing Management Group, ATTN: Managing Agent/Officer PO Box 278 Paris, TN 38242 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 141 acres of farmland - paid** | |
|------|------|------|------|
| | State the term remaining | | |
| | List the contract number of any government contract | | Chris Cobb |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 3 acres of farmland** | |
|------|------|------|------|
| | State the term remaining | | |
| | List the contract number of any government contract | | Clark Atkins |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease for 226.60 acres of farmland - paid** | |
|------|------|------|------|
| | State the term remaining | | |
| | List the contract number of any government contract | | Davenport Gilliam Lands, Inc. |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 14 acres of farm land - paid** | |
|------|------|------|------|
| | State the term remaining | | |
| | List the contract number of any government contract | | Debris Williams |

Debtor 1   **Gilbert Leggett Farms, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 47 acres of farmland** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Deloris Williams** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 77 acres of farmland** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Donna Rascoe** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 17 acres of farmland - paid** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Donnie Leggett** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 7 acres and 14 acres of farmland** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Elmond Real Estate** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 44 acres of farmland - paid** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Grabtown Farms** |

Debtor 1  **Gilbert Leggett Farms, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 88 acres of farmland** |
| | State the term remaining | |
| | List the contract number of any government contract | **JA Williford** |

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 43 acres of farmland - paid** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jackie Garner** |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 26 acres of farmland - paid** |
| | State the term remaining | |
| | List the contract number of any government contract | **James L. Cooke** |

| | | |
|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 40 acres of farmland** |
| | State the term remaining | |
| | List the contract number of any government contract | **Joe Jackson, Jr.** |

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 84 acres of farmland** |
| | State the term remaining | |
| | List the contract number of any government contract | **John & Elizabeth Woolard** |

Debtor 1   **Gilbert Leggett Farms, Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Verbal lease of 62.50 acres of farmland**

State the term remaining

List the contract number of any government contract

John C. Sandvig

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Verbal lease of 146.70 acres of farmland - paid**

State the term remaining

List the contract number of any government contract

Margaret Cherry Keker

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Verbal lease of 3 acres of farmland - paid**

State the term remaining

List the contract number of any government contract

Maria Rice

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Verbal lease of 15 acres of farmland - paid**

State the term remaining

List the contract number of any government contract

Maria Rice/Powell Family

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Verbal lease of 25.70 acres, 27 acres and 17 acres of farm land**

State the term remaining

List the contract number of any government contract

Mark Collins

Debtor 1  **Gilbert Leggett Farms, Inc.**

First Name       Middle Name       Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 10 acres of farm land - paid** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Panta Bond** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease on farmland - Debtor does not pay a lease payment - instead pays property taxes on the land** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phyllis Leggett** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 13 acres of farmland - paid** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ray Mizelle** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 62.50 acres of farmland** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Richard G. Sandvig** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal lease of 7 acres of farmland - paid** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Robert Bazemore** |

Debtor 1  **Gilbert Leggett Farms, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Verbal lease of 14 acres of farmland - paid | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ron Spivey |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Verbal lease of 10 acres of farmland - paid | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ronnie Bond |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Verbal lease on farmland - Debtor does not pay a lease payment - instead pays property taxes on the land | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Shane Leggett |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Verbal lease of 8 acres of farmland - paid | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Stephanie Bend |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Verbal lease of farmland - paid | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Vernice Murphy |

Debtor 1   **Gilbert Leggett Farms, Inc.**

First Name                Middle Name              Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.35.  State what the contract or lease is for and the nature of the debtor's interest

**Verbal lease of 9 acres of farmland - paid**

State the term remaining

List the contract number of any government contract                    **W & S Farms**

2.36.  State what the contract or lease is for and the nature of the debtor's interest

**Verbal lease of 36.40 acres of farmland - paid**

State the term remaining

List the contract number of any government contract                    **William & Christopher Lawrence**

2.37.  State what the contract or lease is for and the nature of the debtor's interest

**Verbal lease of 8 acres of farmland**

State the term remaining

List the contract number of any government contract                    **William Bazemore**

**Fill in this information to identify the case:**

Debtor name __Gilbert Leggett Farms, Inc.__

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*  *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Phyllis Leggett | 830 US 13-17 South Windsor, NC 27983 | Chase Card Services | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.2 | Phyllis Leggett | 830 US 13-17 South Windsor, NC 27983 | Monsanto Company | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.3 | Phyllis Leggett | 830 US 13-17 South Windsor, NC 27983 | Triangle Chemical Co. | ☐ D _____ <br> ■ E/F __3.18__ <br> ☐ G _____ |
| 2.4 | Phyllis Leggett | 830 US 13-17 South Windsor, NC 27983 | John Deere Financial | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Phyllis Leggett | 830 US 13-17 South Windsor, NC 27983 | Southern Bank & Trust Company | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |

Debtor   **Gilbert Leggett Farms, Inc.**                           Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Phyllis Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | John Deere Financial | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Phyllis Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | John Deere Financial | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Phyllis Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | AgCarolina Farm<br>Credit, ACA | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Phyllis Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | John Deere Financial | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Phyllis Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | Agrifund, LLC/ARM | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Phyllis Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | American Express<br>Blue Business Cash | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.12 | Phyllis Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | Americot, Inc. | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.13 | Shane Leggett<br>830 US 13-17 South<br>Windsor, NC 27983 | Triangle Chemical<br>Co. | ☐ D ____<br>■ E/F __3.18__<br>☐ G ____ |

Debtor   __Gilbert Leggett Farms, Inc._____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | Shane Leggett | 830 US 13-17 South<br>Windsor, NC 27983 | Parkway Ag Center,<br>Inc. | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ | |
| 2.15 | Shane Leggett | 830 US 13-17 South<br>Windsor, NC 27983 | AgCarolina Farm<br>Credit, ACA | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ | |
| 2.16 | Shane Leggett | 830 US 13-17 South<br>Windsor, NC 27983 | Agrifund, LLC/ARM | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ | |
| 2.17 | Shane Leggett | 830 US 13-17 South<br>Windsor, NC 27983 | Farm Credit Services<br>of America, PC | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ | |
| 2.18 | Shane Russell<br>Leggett | | The Bank of<br>Southside Virginia | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ | |
| 2.19 | Taylor Morris<br>Leggett | 830 US 13-17 South<br>Windsor, NC 27983 | AgCarolina Farm<br>Credit, ACA | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ | |

**Fill in this information to identify the case:**

Debtor name   __Gilbert Leggett Farms, Inc.__

United States Bankruptcy Court for the:   __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other | $793,534.00 |
| **For the fiscal year:**<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other | $1,343,376.00 |
| **For the fiscal year:**<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other | $1,334,778.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    Gilbert Leggett Farms, Inc.    Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Nutrien | 4/17/25<br>$10,191 and<br>5/9/25<br>$35,865.50 | $46,056.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  soybeans and cotton seed |
| 3.2. | Cumbee & Taylor | 4/14 and 5/16<br>$1,500 each<br>and 5/30<br>$8,600 | $11,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  CPA |
| 3.3. | IRS | 4/15<br>$4,793.72,<br>5/15<br>$5,189.61<br>and 6/18<br>$5,457.83 | $15,441.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Taxes |
| 3.4. | Pitt County Mart | 4/22/25<br>$3,855.04,<br>5/8/25<br>$3,601.86<br>and 5/28/25<br>$3,569.78 | $11,026.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  monthly fuel for equipment |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See attached list | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Gilbert Leggett Farms,  Insider payments

| ck # | date | payable to | amount |
|------|------|-----------|--------|
| 12602 | 15-Jul | Shane Leggett | 1,328.95 |
| 12604 | 15-Jul | Phyllis Leggett | 779.50 |
| | 22-Jul | Farm Bureau - Shane | 500.00 |
| 12611 | 23-Jul | Shane Leggett | 1,328.95 |
| 12620 | 29-Jul | Phyllis Leggett | 779.00 |
| 12621 | 30-Jul | Shane Leggett | 1,328.95 |
| | 30-Jul | Sheffield - Shane's Kawasaki | 438.82 |
| 12630 | 31-Jul | Shane Leggett | 1,328.95 |
| | 1-Aug | Progressive Ins. - on truck in Phyllis' name | 741.59 |
| | 2-Aug | NCFB - insurance on Shane's wife's car | 362.68 |
| | 5-Aug | BCBS - Shane and family | 373.30 |
| 12617 | 9-Aug | Phyllis Leggett | 725.00 |
| 12637 | 6-Aug | Shane Leggett | 500.00 |
| | 9-Aug | Carolina Leasing - building payment | 415.00 |
| 12642 | 9-Aug | Shane Leggett | 1,328.95 |
| | 12-Aug | Wells Fargo truck payment | 787.66 |
| | 13-Aug | NCFB - insurance on Shane's wife's car | 91.00 |
| 12650 | 16-Aug | Shane Leggett | 1,328.95 |
| 12660 | 26-Aug | Shane Leggett | 1,328.95 |
| 12662 | 26-Aug | Phyllis Leggett | 725.00 |
| | 30-Aug | Sheffield - Shane's Kawasaki | 438.82 |
| 12669 | 3-Sep | Shane Leggett | 1,328.95 |
| 12673 | 3-Sep | Phyllis Leggett | 858.94 |
| | 4-Sep | BCBS - Shane and family | 373.30 |
| | 5-Sep | NCFB - insurance on Shane's wife's car | 362.68 |
| 12675 | 6-Sep | Shane Leggett | 1,328.95 |
| 12680 | 6-Sep | Phyllis Leggett | 425.00 |
| | 11-Sep | Wells Fargo truck payment | 787.66 |
| 12685 | 12-Sep | SECU - Phyliss' car | 1,477.00 |
| | 13-Sep | Farm Bureau - Shane | 529.00 |
| 12687 | 13-Sep | Shane Leggett | 1,328.95 |
| 12690 | 16-Sep | Phyllis Leggett | 725.00 |
| | 20-Sep | Carolina Leasing - building payment | 510.00 |
| 12697 | 23-Sep | Shane Leggett | 1,328.95 |
| 12703 | 23-Sep | Phyllis Leggett | 725.00 |
| 12711 | 30-Sep | Shane Leggett | 1,328.95 |
| 12715 | 30-Sep | Phyllis Leggett | 1,040.00 |
| 12719 | 30-Sep | SECU - Phyliss' car | 1,477.00 |
| | 1-Oct | Sheffield - Shane's Kawasaki | 438.82 |
| | 2-Oct | NCFB - insurance on Shane's wife's car | 362.46 |
| | 3-Oct | BCBS - Shane and family | 373.30 |
| 12720 | 4-Oct | Shane Leggett | 1,328.95 |
| 12723 | 7-Oct | Phyllis Leggett | 750.00 |

| | | |
|---|---|---:|
| | 9-Oct Shane 's Harbor Freight account | 952.52 |
| | 10-Oct Carolina Leasing - building payment | 510.00 |
| | 11-Oct Wells Fargo truck payment | 787.66 |
| 12726 | 11-Oct Shane Leggett | 1,328.95 |
| 12730 | 15-Oct Phyllis Leggett | 750.00 |
| 12739 | 18-Oct Shane Leggett | 1,328.95 |
| 12743 | 21-Oct Phyllis Leggett | 1,025.82 |
| | 22-Oct Farm Bureau - Shane | 500.00 |
| 12753 | 25-Oct SECU - Phyliss' car | 1,477.00 |
| 12752 | 25-Oct Shane Leggett | 1,328.95 |
| 12758 | 28-Oct Phyllis Leggett | 750.00 |
| | 30-Oct Sheffield - Shane's Kawasaki | 438.82 |
| 12761 | 1-Nov Shane Leggett | 1,328.95 |
| | 4-Nov NCFB - insurance on Shane's wife's car | 362.46 |
| 12764 | 4-Nov Phyllis Leggett | 800.00 |
| | 5-Nov BCBS - Shane and family | 373.30 |
| 12771 | 8-Nov Shane Leggett | 1,328.95 |
| | 12-Nov Wells Fargo truck payment | 787.66 |
| 12773 | 12-Nov Phyllis Leggett | 425.00 |
| 12779 | 15-Nov Shane Leggett | 1,328.95 |
| 12782 | 18-Nov Phyllis Leggett | 425.00 |
| 12792 | 22-Nov Shane Leggett | 1,328.95 |
| | 22-Nov Farm Bureau - Shane | 500.00 |
| | 22-Nov Carolina Leasing - building payment | 510.00 |
| 12794 | 25-Nov Phyllis Leggett | 725.00 |
| 12800 | 27-Nov Shane Leggett | 1,328.95 |
| 12801 | 27-Nov Phyllis Leggett | 725.00 |
| | 2-Dec Sheffield - Shane's Kawasaki | 438.82 |
| | 3-Dec BCBS - Shane and family | 373.30 |
| 12812 | 4-Dec Shane Leggett | 1,000.00 |
| 12814 | 6-Dec Shane Leggett | 1,328.95 |
| 12818 | 9-Dec Phyllis Leggett | 775.00 |
| | 11-Dec Wells Fargo truck payment | 787.66 |
| 12825 | 13-Dec Shane Leggett | 1,328.95 |
| 12826 | 13-Dec Phyllis Leggett - cash for employee's Xmas bonuses | 1,775.00 |
| 12831 | 16-Dec SECU - Phyliss' car | 688.00 |
| 12839 | 19-Dec Phyllis Leggett | 1,425.00 |
| 12840 | 20-Dec Shane Leggett | 1,328.95 |
| | 23-Dec Farm Bureau - Shane | 500.00 |
| 12846 | 30-Dec Shane Leggett | 1,328.95 |
| 12854 | 31-Dec Shane Leggett | 360.00 |
| | 31-Dec Sheffield - Shane's Kawasaki | 438.82 |
| | 3-Jan BCBS - Shane and family | 346.79 |
| 12859 | 3-Jan Shane Leggett | 1,328.95 |
| 12863 | 8-Jan SECU – Phyliss' car | 689.00 |
| 12862 | 8-Jan Phyllis Leggett | 325.00 |
| 12871 | 10-Jan Phyllis Leggett | 425.00 |

|  | 13-Jan | Wells Fargo truck payment | 787.66 |
|---|---|---|---|
| 12885 | 15-Jan | Phyllis Leggett | 325.00 |
| 12892 | 21-Jan | Phyllis Leggett | 325.00 |
| 12894 | 21-Jan | Shane Leggett | 1,328.95 |
|  | 22-Jan | Carolina Leasing - building payment | 610.00 |
|  | 22-Jan | Farm Bureau - Shane | 500.00 |
| 12897 | 27-Jan | Shane Leggett | 1,328.95 |
|  | 28-Jan | Progressive Ins. - on truck in Phyllis' name | 135.20 |
|  | 30-Jan | Sheffield - Shane's Kawasaki | 438.82 |
| 12903 | 31-Jan | Shane Leggett | 1,328.95 |
|  | 31-Jan | Pets of America - feed for family animals | 190.00 |
| 12902 | 31-Jan | SECU - Phyliss' car | 689.00 |
|  | 3-Feb | Pets of America - feed for family animals | 32.85 |
|  | 3-Feb | Pets of America - feed for family animals | 54.00 |
|  | 4-Feb | BCBS - Shane and family | 346.79 |
|  | 4-Feb | NCFB - insurance on Shane's wife's car | 351.44 |
|  | 11-Feb | Wells Fargo truck payment | 787.66 |
|  | 13-Feb | Pets of America - feed for family animals | 203.30 |
|  | 14-Feb | NCFB - insurance on Shane's wife's car | 63.02 |
| 12918 | 18-Feb | Shane Leggett | 1,329.95 |
|  | 24-Feb | NCFB - insurance on Shane's wife's car | 500.00 |
| 12919 | 24-Feb | Shane Leggett | 1,329.95 |
|  | 24-Feb | Farm Bureau - Shane | 500.00 |
|  | 25-Feb | Pets of America - feed for family animals | 181.90 |
|  | 25-Feb | Progressive Ins. - on truck in Phyllis' name | 132.17 |
| 12935 | 28-Feb | Shane Leggett | 1,329.95 |
|  | 28-Feb | Sheffield - Shane's Kawasaki | 438.82 |
|  | 4-Mar | BCBS - Shane and family | 346.79 |
|  | 11-Mar | Wells Fargo truck payment | 787.66 |
| 12953 | 17-Mar | Shane Leggett | 1,038.19 |
| 12957 | 17-Mar | Phyllis Leggett - repayment of loan to Debtor | 5,000.00 |
| 12946 | 18-Mar | Carolina Leasing - building payment | 1,060.00 |
| 12960 | 24-Mar | Shane Leggett | 1,329.95 |
|  | 24-Mar | Farm Bureau - Shane | 500.00 |
| 12966 | 26-Mar | Bertie County Tax Coll - Shane real prop | 318.75 |
| 12966 | 26-Mar | Bertie County Tax Coll - Phyllis' real prop | 956.63 |
| 12964 | 31-Mar | Shane Leggett | 1,329.95 |
| 12974 | 31-Mar | Phyllis Leggett | 400.00 |
| 12970 | 1-Apr | Shane Leggett | 1,329.95 |
|  | 3-Apr | BCBS - Shane and family | 346.79 |
| 12988 | 3-Apr | Phyllis Leggett | 680.00 |
| 12989 | 7-Apr | Shane Leggett | 1,329.95 |
| 12994 | 7-Apr | Phyllis Leggett | 400.00 |
|  | 10-Apr | Sheffield - Shane's Kawasaki | 438.82 |
|  | 11-Apr | Wells Fargo truck payment | 787.66 |
|  | 14-Apr | NCFB - insurance on Shane's wife's car | 63.02 |
| 13007 | 14-Apr | Shane Leggett | 1,329.95 |

| | | |
|---|---|---|
| 13010 | 14-Apr Phyllis Leggett | 400.00 |
| 13003 | 17-Apr Carolina Leasing - building payment | 520.88 |
| 13018 | 17-Apr Phyllis Leggett | 400.00 |
| 13019 | 18-Apr Shane Leggett | 1,329.95 |
| | 22-Apr Farm Bureau - Shane | 500.00 |
| 13024 | 28-Apr Phyllis Leggett | 400.00 |
| 13026 | 28-Apr Shane Leggett | 1,329.95 |
| | 29-Apr Pets of America - feed for family animals | 204.00 |
| | 1-May Progressive Ins. - on truck in Phyllis' name | 135.17 |
| 13028 | 2-May Shane Leggett | 1,329.95 |
| 13029 | 2-May SECU - Phyliss' car | 688.00 |
| 13030 | 2-May Phyllis Leggett | 400.00 |
| | 5-May BCBS - Shane and family | 346.79 |
| 13042 | 9-May Phyllis Leggett | 400.00 |
| | 12-May Wells Fargo truck payment | 787.66 |
| 13040 | 12-May Shane Leggett | 1,329.95 |
| | 13-May Pets of America - feed for family animals | 272.00 |
| | 13-May Sheffield - Shane's Kawasaki | 438.82 |
| 13048 | 16-May Phyllis Leggett | 400.00 |
| 13049 | 19-May Shane Leggett | 1,329.95 |
| | 21-May NCFB - insurance on Shane's wife's car | 321.46 |
| | 22-May Farm Bureau - Shane | 500.00 |
| 13052 | 23-May Phyllis Leggett | 400.00 |
| | 27-May Shane Leggett | 1,329.95 |
| 13060 | 30-May Shane Leggett | 1,329.95 |
| 13061 | 30-May Phyllis Leggett | 400.00 |
| | 3-Jun BCBS - Shane and family | 346.79 |
| | 6-Jun Pets of America - feed for family animals | 272.00 |
| | 6-Jun Carolina Leasing - building payment | 546.83 |
| | 9-Jun Sheffield - Shane's Kawasaki | 438.82 |
| 13068 | 9-Jun Shane Leggett | 1,329.95 |
| 13069 | 9-Jun Phyllis Leggett | 400.00 |
| 13066 | 10-Jun John Rhyne | 1,000.00 |
| | 11-Jun Wells Fargo truck payment | 787.66 |
| 13073 | 12-Jun Carolina Leasing - building payment | 521.83 |
| 13081 | 13-Jun Phyllis Leggett | 400.00 |
| | 16-Jun Progressive Ins. - on truck in Phyllis' name | 283.34 |
| 13075 | 16-Jun SECU - Phyliss' car | 650.00 |
| 13082 | 16-Jun Shane Leggett | 1,329.95 |
| | 20-Jun NCFB - insurance on Shane's wife's car | 195.49 |
| | 23-Jun Farm Bureau - Shane | 500.00 |
| 13085 | 25-Jun Shane Leggett | 1,329.95 |
| 13086 | 25-Jun Phyllis Leggett | 425.00 |
| | 26-Jun Pets of America - feed for family animals | 170.00 |
| 13093 | 30-Jun Phyllis Leggett | 425.00 |
| 13094 | 30-Jun Shane Leggett | 1,329.95 |
| | 2-Jul NCFB - insurance on Shane's wife's car | 482.00 |

|       |        |                              |          |
|-------|--------|------------------------------|----------|
|       | 3-Jul  | BCBS - Shane and family      | 346.79   |
|       | 7-Jul  | SECU - Phyliss' car          | 688.00   |
| 13100 | 7-Jul  | Phyllis Leggett              | 425.00   |
| 13102 | 7-Jul  | Shane Leggett                | 1,329.95 |
|       | 11-Jul | Wells Fargo truck payment    | 787.66   |
|       |        |                              |          |
| 12502 | 30-Apr | Brandon Roberson - payroll   | 518.28   |
| 12507 | 7-May  | Brandon Roberson - payroll   | 518.28   |
| 12513 | 14-May | Brandon Roberson - payroll   | 568.30   |
| 12522 | 21-May | Brandon Roberson - payroll   | 583.32   |
| 12529 | 29-May | Brandon Roberson - payroll   | 505.27   |
| 12533 | 4-Jun  | Brandon Roberson - payroll   | 518.28   |
| 12544 | 11-Jun | Brandon Roberson - payroll   | 537.29   |
| 12557 | 18-Jun | Brandon Roberson - payroll   | 537.29   |
| 12564 | 26-Jun | Brandon Roberson - payroll   | 518.28   |
| 12580 | 2-Jul  | Brandon Roberson - payroll   | 537.29   |
| 12599 | 9-Jul  | Brandon Roberson - payroll   | 420.22   |
| 12610 | 16-Jul | Brandon Roberson - payroll   | 468.25   |
| 12613 | 23-Jul | Brandon Roberson - payroll   | 518.28   |
| 12623 | 30-Jul | Brandon Roberson - payroll   | 518.28   |
| 12633 | 6-Aug  | Brandon Roberson - payroll   | 518.28   |
| 12644 | 13-Aug | Brandon Roberson - payroll   | 518.28   |
| 12654 | 20-Aug | Brandon Roberson - payroll   | 518.28   |
| 12663 | 27-Aug | Brandon Roberson - payroll   | 518.28   |
| 12672 | 3-Sep  | Brandon Roberson - payroll   | 518.28   |
| 12678 | 9-Sep  | Brandon Roberson - payroll   | 518.28   |
| 12692 | 16-Sep | Brandon Roberson - payroll   | 518.28   |
| 12701 | 23-Sep | Brandon Roberson - payroll   | 518.28   |
| 12714 | 30-Sep | Brandon Roberson - payroll   | 518.28   |
| 12722 | 8-Oct  | Brandon Roberson - payroll   | 518.28   |
| 12729 | 15-Oct | Brandon Roberson - payroll   | 587.32   |
| 12741 | 22-Oct | Brandon Roberson - payroll   | 631.34   |
| 12756 | 28-Oct | Brandon Roberson - payroll   | 548.30   |
| 12762 | 6-Nov  | Brandon Roberson - payroll   | 685.37   |
| 12775 | 13-Nov | Brandon Roberson - payroll   | 749.41   |
| 12787 | 21-Nov | Brandon Roberson - payroll   | 672.37   |
| 12797 | 26-Nov | Brandon Roberson - payroll   | 602.33   |
| 12804 | 29-Nov | Brandon Roberson - payroll   | 675.37   |
| 12820 | 9-Dec  | Brandon Roberson - payroll   | 614.72   |
| 12829 | 16-Dec | Brandon Roberson - payroll   | 387.21   |
| 12836 | 20-Dec | Brandon Roberson - payroll   | 420.22   |
| 12842 | 30-Dec | Brandon Roberson - payroll   | 468.25   |
| 12874 | 14-Jan | Brandon Roberson - payroll   | 468.25   |
| 12893 | 21-Jan | Brandon Roberson - payroll   | 468.25   |
| 12898 | 27-Jan | Brandon Roberson - payroll   | 468.25   |
| 9416  | 25-Feb | Brandon Roberson - payroll   | 502.81   |
| 12905 | 3-Feb  | Brandon Roberson - payroll   | 468.25   |

| 12910 | 10-Feb | Brandon Roberson - payroll | 468.25 |
| 12917 | 18-Feb | Brandon Roberson - payroll | 502.81 |
| 12941 | 3-Mar | Brandon Roberson - payroll | 502.81 |
| 12944 | 17-Mar | Brandon Roberson - payroll | 502.81 |
| 12954 | 17-Mar | Brandon Roberson - payroll | 502.81 |
| 12962 | 24-Mar | Brandon Roberson - payroll | 502.81 |
| 12971 | 31-Mar | Brandon Roberson - payroll | 502.81 |
| 12991 | 7-Apr | Brandon Roberson - payroll | 502.81 |
| 13006 | 14-Apr | Brandon Roberson - payroll | 502.81 |
| 13016 | 22-Apr | Brandon Roberson - payroll | 502.81 |
| 13023 | 28-Apr | Brandon Roberson - payroll | 502.81 |
| 13033 | 5-May | Brandon Roberson - payroll | 592.32 |
| 13043 | 12-May | Brandon Roberson - payroll | 503.27 |
| 13050 | 19-May | Brandon Roberson - payroll | 503.27 |
| 13055 | 27-May | Brandon Roberson - payroll | 503.27 |
| 13065 | 2-Jun | Brandon Roberson - payroll | 420.22 |
| 13070 | 9-Jun | Brandon Roberson - payroll | 553.30 |
| 13078 | 16-Jun | Brandon Roberson - payroll | 553.30 |
| 13087 | 24-Jun | Brandon Roberson - payroll | 500.27 |
| 13096 | 30-Jun | Brandon Roberson - payroll | 468.25 |
| 13098 | 2-Jul | Brandon Roberson - payroll | 518.28 |
| 13103 | 7-Jul | Brandon Roberson - payroll | 518.28 |
| 13111 | 11-Jul | Brandon Roberson - payroll | 518.28 |
| | | | |
| 12606 | 15-Jul | Joseph Simmons - payroll | 929.76 |
| 12614 | 22-Jul | Joseph Simmons - payroll | 1,040.00 |
| 12624 | 30-Jul | Joseph Simmons - payroll | 1,040.90 |
| 12631 | 12-Aug | Joseph Simmons - payroll | 1,040.90 |
| 12646 | 12-Aug | Joseph Simmons - payroll | 1,186.77 |
| 12652 | 19-Aug | Joseph Simmons - payroll | 1,040.90 |
| 12664 | 26-Aug | Joseph Simmons - payroll | 1,040.90 |
| 12670 | 3-Sep | Joseph Simmons - payroll | 1,040.90 |
| 12676 | 9-Sep | Joseph Simmons - payroll | 1,040.90 |
| 12689 | 16-Sep | Joseph Simmons - payroll | 1,116.34 |
| 12698 | 23-Sep | Joseph Simmons - payroll | 1,040.90 |
| 12712 | 30-Sep | Joseph Simmons - payroll | 1,040.90 |
| 12725 | 7-Oct | Joseph Simmons - payroll | 1,125.27 |
| 12727 | 15-Oct | Joseph Simmons - payroll | 1,721.29 |
| 12737 | 23-Oct | Joseph Simmons - payroll | 480.10 |
| 12742 | 22-Oct | Joseph Simmons - payroll | 1,721.29 |
| 12754 | 28-Oct | Joseph Simmons - payroll | 1,745.15 |
| 12765 | 4-Nov | Joseph Simmons - payroll | 1,324.70 |
| 12774 | 15-Nov | Joseph Simmons - payroll | 1,839.37 |
| 12785 | 18-Nov | Joseph Simmons - payroll | 1,059.99 |
| 12795 | 25-Nov | Joseph Simmons - payroll | 1,143.12 |
| 12803 | 29-Nov | Joseph Simmons - payroll | 1,360.42 |
| 12799 | 3-Dec | Joseph Simmons - payroll | 492.88 |

| 12816 | 9-Dec | Joseph Simmons - payroll | 1,106.41 |
| 12823 | 13-Dec | Joseph Simmons - payroll | 213.86 |
| 12828 | 13-Dec | Joseph Simmons - payroll | 1,040.90 |
| 12835 | 20-Dec | Joseph Simmons - payroll | 858.32 |
| 12847 | 30-Dec | Joseph Simmons - payroll | 976.45 |
| 12895 | 21-Jan | Joseph Simmons - payroll | 1,014.12 |
| 12896 | 27-Jan | Joseph Simmons - payroll | 951.61 |
| 12907 | 3-Feb | Joseph Simmons - payroll | 858.32 |
| 12911 | 10-Feb | Joseph Simmons - payroll | 1,040.90 |
| 12915 | 18-Feb | Joseph Simmons - payroll | 1,038.19 |
| 12920 | 24-Feb | Joseph Simmons - payroll | 1,038.19 |
| 12942 | 3-Mar | Joseph Simmons - payroll | 1,038.19 |
| 12943 | 17-Mar | Joseph Simmons - payroll | 1,038.19 |
| 12953 | 17-Mar | Joseph Simmons - payroll | 1,038.19 |
| 12961 | 24-Mar | Joseph Simmons - payroll | 1,038.19 |
| 12973 | 31-Mar | Joseph Simmons - payroll | 1,280.06 |
| 12992 | 7-Apr | Joseph Simmons - payroll | 1,359.42 |
| 13308 | 14-Apr | Joseph Simmons - payroll | 1,153.52 |
| 13017 | 18-Apr | Jospeh Simmons - payroll | 1,301.30 |
| 13025 | 28-Apr | Joseph Simmons - payroll | 1,301.30 |
| 13032 | 5-May | Joseph Simmons - payroll | 1,301.30 |
| 13041 | 12-May | Joseph Simmons - payroll | 1,213.63 |
| 13054 | 27-May | Joseph Simmons - payroll | 1,537.35 |
| 13063 | 2-Jun | Joseph Simmons - payroll | 1,007.73 |
| 13071 | 9-Jun | Joseph Simmons - payroll | 1,311.16 |
| 13080 | 16-Jun | Joseph Simmons - payroll | 1,367.89 |
| 13088 | 25-Jun | Joseph Simmons - payroll | 1,105.25 |
| 13092 | 30-Jun | Joseph Simmons - payroll | 1,105.25 |
| 13099 | 7-Jul | Joseph Simmons - payroll | 1,105.25 |
| | | | |
| 12601 | 15-Jul | Rene Roberson - repayment of loan to Debtor | 15,000.00 |
| 12702 | 23-Sep | Renee Roberson - repayment of loan to Debtor | 500.00 |
| 12717 | 1-Oct | Renee Roberson - repayment of loan to Debtor | 500.00 |
| 12769 | 6-Nov | Renee Roberson - repayment of loan to Debtor | 500.00 |
| 12819 | 9-Dec | Renee Roberson - repayment of loan to Debtor | 1,500.00 |
| 12856 | 2-Jan | Renee Roberson - repayment of loan to Debtor | 2,500.00 |

Debtor    Gilbert Leggett Farms, Inc.                          Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Monsanto Company v. Gilbert Leggett Farms, Inc. and Phyllis Leggett** 24SL-CC06162 | Money owed | **State of Missouri, County of St. Louis** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Americot, Inc. vs. Gilbert Leggett Farms, Inc. and Phyllis Leggett** 25CV014698-910 | Money owed | **Wake County Superior Court ATTN: Managing Agent/Officer 316 Fayetteville Street, #115 Raleigh, NC 27601** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Triangle Chemical Comapny vs. Gilbert Leggett Farms, Inc., Phyllis White Leggett and Shane Russell Leggett** 25CV0000337 | Money owed | **Lenoir County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Pakway Ag Center, INc. vs. Gilbert Leggett Farms, Inc. , Shane R. Leggett and Phyllis W. Leggett** 25CVS002348 | Money owed | **Edgecombe County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor   Gilbert Leggett Farms, Inc.                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ayers & Haidt, PA | | 4/10/2025 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Gilbert Leggett Farms, Inc.**                           Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

Debtor    Gilbert Leggett Farms, Inc.                                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Phyllis Leggett | | 2022 Ford Explorer used for company business | $0.00 |
| Phyllis Leggett | | 2015 Ford F250 used for company business | $0.00 |
| Shane Leggett | | SBS Storage/Shop (metal) | $35,000.00 |
| Shane Leggett | | Building purchased from Carolina Leasing Group | $12,000.00 |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Gilbert Leggett Farms, Inc.                                Case number (if known) _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   Cumbee & Taylor, PA | 1-1-2022 through current |
| 26a.2.   Rick Cowan | 1-1-2022 through current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1   Cumbee & Taylor, PA | | |

| Name and address of the person who has possession of inventory records | | |
| --- | --- | --- |
| x | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Phyllis Leggett | 830 US 13-17 South<br>Windsor, NC 27983 | President | 100 |

Debtor    Gilbert Leggett Farms, Inc.                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shane Taylor | 830 US 13-17 South Windsor, NC 27983 | Vice-President | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 14, 2025

/s/ Phyllis Leggett                          Phyllis Leggett
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Gilbert Leggett Farms, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Phyllis Leggett**<br>**830 US 13-17 South**<br>**Windsor, NC 27983** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 14, 2025**

Signature   **/s/ Phyllis Leggett**

**Phyllis Leggett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Gilbert Leggett Farms, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 14, 2025** _____

**/s/ Phyllis Leggett** _____
**Phyllis Leggett/President**
Signer/Title

AgCarolina Farm Credit, ACA
ATTN:  Managing Agent/Officer
PO Box 14789
Raleigh, NC 27620

Bennett Tractor Parts, Inc.
ATTN:  Managing Agent/Officer
PO Box 47
Aubrey, AR 72311

FBN Direct
ATTN:  Managing Agent/Officer
1887 Whitney Mesa Drive #9740
Henderson, NV 89014

AgCarolina Farm Credit, ACA
ATTN:  Managing Agent/Officer
PO Box 1066
Williamston, NC 27892

Bertie County Tax Collector
ATTN:  Managing Agent/Officer
PO Box 527
Windsor, NC 27983

Ford Motor Credit
ATTN:  Bankruptcy Department
PO Box 35911
Cleveland, OH 44135-0911

AgCarolina Farm Credit, ACA
ATTN:  Managing Officer/Agent
636 Rock Spring Road
Greenville, NC 27834

Carolina Leasing Management Group,
ATTN:  Managing Agent/Officer
PO Box 278
Paris, TN 38242

Internal Revenue Service
ATTN:  Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

Agrifund, LLC/ARM
ATTN:  Managing Agent/Officer
420 Throckmorton St., #1100
Fort Worth, TX 76102

Chase Card Services
ATTN:  Managing Agent/Officer
PO Box 15123
Wilmington, DE 19850-5123

Internal Revenue Service
ATTN:  Bankruptcy Department
PO Box 21126
Philadelphia, PA 19114

American Express Blue Business Cash
ATTN:  Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

CNH Industrial Retail Accounts
ATTN:  Managing Agent/Officer
PO Box 71264
Philadelphia, PA 19176-6264

Internal Revenue Service
ATTN:  Managing Agent/Officer
PO Box 742562
Cincinnati, OH 45280-2562

Americot, Inc.
ATTN:  Managing Agent/Officer
5013 122nd Street
Lubbock, TX 79424

DLL Finance, LLC
ATTN:  Managing Agent/Officer
PO Box 2000
Johnston, IA 50131-0020

Jernigan Oil Co., Inc.
ATTN:  Managing Agent/Officer
PO Box 688
Ahoskie, NC 27910

Anderson Jones, PLLC
ATTN:  Lindsey E. Powell, Esq.
PO Box 20248
Raleigh, NC 27619

Employment Security Commission
ATTN:  Managing Agent/Officer
PO Box 26504
Raleigh, NC 27611

John Deere Financial
ATTN:  Managing Agent/Officer
PO Box 6600
Johnston, IA 50131-6600

Attorney General
ATTN:  Managing Agent/Officer
950 Pennsylvania Avenue
Washington, DC 20530-0009

Farm Credit Services of America, PC
ATTN:  Managing Agent/Officer
PO Box 2409
Omaha, NE 68103

Kinchelow Law Offices, PLLC
ATTN:  Managing Agent/Officer
PO Box 97186
Raleigh, NC 27624

Bayer Crop Science, LP
ATTN:  Managing Agent/Officer
PO Box 204070
Dallas, TX 75320-4070

Farmers Bank and Trust Company
ATTN:  Managing Agent/Officer
400 W. Main Street
Blytheville, AR 72315

Kramer & Frank, PC
ATTN:  Donald A. Horowitz, Esq.
11960 Westline Ind. Dr., Ste. 180
Saint Louis, MO 63146

Kubota Credit Corporation
ATTN:  Managing Agent/Officer
PO Box 2046
Grapevine, TX 76099

Monsanto Company
ATTN:  Managing Agent/Officer
PO Box 204070
Dallas, TX 75320-4070

NC Department of Commerce, DES
ATTN:  Managing Agent/Officer
PO Box 26504
Raleigh, NC 27611

NC Department of Labor/OSHA
ATTN:  Managing Agent/Officer
1101 Main Service Center
Raleigh, NC 27699

North Carolina Dept. of Revenue
Office Services Div/Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Parkway Ag Center, Inc.
ATTN:  Managing Agent/Officer
PO Box 1300
Tarboro, NC 27886

PHI Financial Services
ATTN:  Managing Agent/Officer
PO Box 733260
Dallas, TX 75373-3260

Phyllis Leggett
830 US 13-17 South
Windsor, NC 27983

Rabo AgriFinance
ATTN:  Managing Agent/Officer
PO Box 410650
Saint Louis, MO 63141-0650

Sandy Land Peanut Company, Inc.
ATTN:  Managing Agent/Officer
229 Swains Mill Road
Harrellsville, NC 27942

Secretary of Treasury
ATTN:  Managing Agent/Officer
1500 Pennsylvania Ave., NW
Washington, DC 20220

Severn Peanut Co., Inc.
ATTN:  Managing Agent/Officer
PO Box 710
Severn, NC 27877

Shane Leggett
830 US 13-17 South
Windsor, NC 27983

Southern Bank & Trust Company
ATTN:  Managing Agent/Officer
PO Box 1018
Mount Olive, NC 28365

Strategic Ag Ventures Trust
ATTN:  Managing Agent/Officer
1100 North Market Street
Wilmington, DE 19890

Taylor Morris Leggett
830 US 13-17 South
Windsor, NC 27983

The Bank of Southside Virginia
ATTN:  Managing Agent/Officer
PO Box 40
Carson, VA 23830

Triangle Chemical Co.
ATTN:  Managing Agent/Officer
PO Box 745783
Atlanta, GA 30374-5783

United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Ward & Smith, PA
ATTN:  J. Michael Fields, Esq.
PO Box 8088
Greenville, NC 27835-8088

Wells Fargo Financial Leasing, Inc
ATTN:  Managing Agent/Officer
800 Walnut Street, MAC F0005-044
Des Moines, IA 50309

Wilmington Trust, NA
ATTN:  Managing Agent/Officer
1100 North Market Street
Wilmington, DE 19890

Zions Ag Finance
ATTN:  Managing Agent/Officer
500 5th Street
Ames, IA 50010-6063

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Gilbert Leggett Farms, Inc.**                                    Case No. _____

                                              Debtor(s)                    Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gilbert Leggett Farms, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 14, 2025**                                    /s/ David J. Haidt
_____                         _____
Date                                                **David J. Haidt 22092**

                                                    Signature of Attorney or Litigant
                                                    Counsel for   **Gilbert Leggett Farms, Inc.**
                                                    **Ayers & Haidt, PA**
                                                    **PO Box 1544**
                                                    **307 Metcalf Street**
                                                    **New Bern, NC 28563**
                                                    **252-638-2955 Fax:252-638-3293**
                                                    **david@ayershaidt.com**

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Gilbert Leggett Farms, Inc.**          Case No. _____

                          Debtor(s)             Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Phyllis Leggett**, declare under penalty of perjury that I am the **President** of **Gilbert Leggett Farms, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 14th day of July, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Phyllis Leggett, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Phyllis Leggett, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Phyllis Leggett, President** of this Corporation is authorized and directed to employ **David J. Haidt 22092**, attorney and the law firm of **Ayers & Haidt, PA** to represent the corporation in such bankruptcy case."

Date   7 - 14 - 25 _____        Signed   *Phyllis Leggett* _____

                                                 **Phyllis Leggett**

Resolution of Board of Directors
of
**Gilbert Leggett Farms, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Phyllis Leggett, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Phyllis Leggett, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Phyllis Leggett, President** of this Corporation is authorized and directed to employ **David J. Haidt 22092**, attorney and the law firm of **Ayers & Haidt, PA** to represent the corporation in such bankruptcy case.

Date ___7 - 14 - 25___          Signed ___Phyllis Leggett___
                                          **Phyllis Leggett**

Date _____          Signed _____